[No. 34940-0-II.   Division Two.   June 28, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM AARON BARGE, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 05-1-00859-2, Nelson E. Hunt, J., entered June 5, 2006. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong and Penoyar, JJ.

[No. 34945-1-II.   Division Two.   June 28, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY ALLEN DOANE, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 05-1-01478-1, James E. Warme, James J. Stonier, and Stephen M. Warning, JJ., entered June 2, 2006. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, A.C.J., and Hunt, J.

[No. 34976-1-II.   Division Two.   June 28, 2007.]

*In the Matter of the Marriage of* DANA GUERRERO, *Respondent,* and RICHARD GUERRERO, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 03-3-01041-1, Edwin L. Poyfair, J., entered May 26, 2006. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Van Deren, A.C.J., and Bridgewater, J.

[No. 35011-4-II.   Division Two.   June 28, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JAVIER GARCIA CRUZ, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 06-1-00025-0, Kenneth D. Williams and George L. Wood, JJ., entered July 14, 2006. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, A.C.J., and Hunt, J.